IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | REDACTED |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05- 88 |
| FLORINDA CURTIS, ) | |
| Defendant. ) | |

FILED SEP 2 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware alleges that:

### Counts 1 through 12

From on or about February 1, 2001, through on or about April 28, 2002, in the District of Delaware, Florinda Curtis, the defendant, a resident of Newark, Delaware, did willfully aid and assist in, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, of taxpayers for the calendar years 2000 and 2001, which were false and fraudulent as to material matters, in that the defendant assisted in the preparation of the returns and knowingly fabricated deductions, inflated business expenses, misstated filing status, and/or failed to claim self-employment FICA taxes, resulting in artificially inflated tax refunds for the taxpayers. The tax years, the dates on or about which the false returns were filed, the names of the taxpayers, and the claimed and accurate refunds are described more particularly as follows:

| Count | Tax Year | On or About Date Claim Received | Name (abbreviated) On Return | Refund Claimed | Correct Refund or (Taxes Owed) |
|---|---|---|---|---|---|
| 1 | 2000 | 3/05/01 | J.W. | $1,540 | ($3,094) |
| 2 | 2000 | 3/08/01 | L.S. | $2,412 | ($7,824) |

| Count | Tax Year | On or About Date Claim Received | Name (abbreviated) On Return | Refund Claimed | Correct Refund or (Taxes Owed) |
|---|---|---|---|---|---|
| 3 | 2000 | 3/10/01 | H.D.W. | $431 | ($12,497) |
| 4 | 2000 | 4/11/01 | S.D. | $262 | ($128) |
| 5 | 2001 | 2/02/02 | J.W. | $3,499 | ($2,496) |
| 6 | 2001 | 2/02/02 | L.S. | $2,485 | ($2,792) |
| 7 | 2001 | 2/04/02 | H.D.W. | $1,348 | ($7,084) |
| 8 | 2001 | 4/28/02 | S.D. | $165 | ($45) |
| 9 | 2001 | 2/03/02 | J.H. | $648 | $371 |
| 10 | 2001 | 2/10/02 | M.S. | $4,356 | $3,051 |
| 11 | 2001 | 2/13/02 | K.M. | $2,245 | $1,752 |
| 12 | 2001 | 2/20/02 | T.W. | $5,996 | $5,760 |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 9-27-05