UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-88-GMS |
| | : | |
| FLORINDA CURTIS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Florinda Curtis, in the above-captioned matter.

/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE


/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  October 21, 2005

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Florinda Curtis, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 21, 2005, to:

>Edmond Falgowski, Esquire
>Assistant United States Attorney
>1007 Orange Street, Suite 700
>Wilmington, DE  19801

>/s/ Christopher S. Koyste
>CHRISTOPHER S. KOYSTE, ESQUIRE
>Assistant Federal Public Defender
>First Federal Plaza, Suite 110
>704 King Street
>Wilmington, DE  19801

DATED:  October 21, 2005