UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  Florinda Curtis  Defendant. | )  )  )  )  )  ) CASE NO. CR 05-88 GMS  )  )  )  )  ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *October 20, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *December 8, 2005* The time between the date of this order and *December 8, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney