AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
FLORINDA CURTIS

TOWNSEND, DE 19734

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 05-88-UNA

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | 10/13/05 AT 1:00 PM |

\*\* Please report to the U.S. Marshal's Service in Room# 100 by 12:00 pm.

To answer a(n)
X Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title ___26___ United States Code, Section(s) ___7206(2)___

Brief description of offense:

AIDING THE FILING OF A FALSE TAX RETURN  ( COUNTS I THRU XII )

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _[signature]_ ; Deputy Clerk         10/3/05  at Wilmington, DE
Signature of Issuing Officer                  Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   10-13-05
           Date

           D.W Thomas
           Name of United States Marshal

           BT Palmy
           (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.