UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-088-GMS |
| | ) | |
| FLORINDA CURTIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WAIVE THE APPLICATION OF THE SPEEDY TRIAL ACT**

    Defendant, Florinda Curtis, by and through her undersigned counsel, Christopher S. Koyste, hereby moves the Court to exclude 45 days from the Speedy Trial Act calculations to allow the Defense additional time to review discovery and investigate the allegations in this action. Counsel submits the following in support thereof:

    1. Mrs. Curtis was indicted on September 27, 2005 for 12 counts of aiding others in the filing of false income tax returns in violation of Title 26 U.S.C. Section 7206(c). Mrs. Curtis is gainfully employed and currently released on her own recognizance. Pre-trial motions are due on December 8, 2005.

    2. Discovery is voluminous in this action and Mrs. Curtis needs an additional 45 additional time to review discovery and investigate the allegations in this action. Mrs. Curtis hereby moves for the exclusion of 45 days as calculated by the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1), and asserts that such a time exclusion in the interests of justice.

    3. AUSA Edmond Falgowski does not oppose this request for a 45 day exclusion from the Speedy Trial Act.

WHEREFORE, Mrs. Curtis respectfully requests the Court to issue an order allowing 45 days to be excluded from the Speedy Trial Act calculations.

        /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Florinda Curtis

Dated: December 7, 2005

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion to Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on December 7, 2005 to:

Edmond Falgowski, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801


    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Florinda Curtis