UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-088-GMS |
| | ) | |
| FLORINDA CURTIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ____ day of December, 2005, that Defendant's Motion is **GRANTED** and that 45 days are excluded from the Speedy Trial Act calculations from December 8, 2005, to January 22, 2006.

_____
Judge Gregory M. Sleet

cc:   AUSA Edmond Falgowski
      AFPD Christopher Koyste

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this proposed Order to Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on December 7, 2005 to:

Edmond Falgowski, Esq.
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

  /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Florinda Curtis