UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-088-GMS |
| ) | |
| FLORINDA CURTIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act, **IT IS HEREBY ORDERED** this 7th day of December, 2005, that Defendant's Motion is **GRANTED** and that 45 days are excluded from the Speedy Trial Act calculations from December 8, 2005, to January 22, 2006.

Judge Gregory M. Sleet

cc:   AUSA Edmond Falgowski
      AFPD Christopher Koyste