UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-088-GMS |
| | ) | |
| FLORINDA CURTIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO ENLARGE THE TIME FOR THE FILING OF PRE-TRIAL
AND WAIVE THE APPLICATION OF THE SPEEDY TRIAL ACT**

Defendant, Florinda Curtis, by and through her undersigned counsel, Christopher S. Koyste, hereby moves the Court to issue an order to issue an order that enlarges the time period for the filing of pre-trial motions by 45 days and excludes this time period from the Speedy Trial Act calculations. This 45 day time period will allow the Defense additional time to review discovery, investigate the allegations in this action, and negotiate with the Government. Counsel submits the following in support thereof:

1. Mrs. Curtis was indicted on September 27, 2005 for 12 counts of aiding others in the filing of false income tax returns in violation of Title 26 U.S.C. Section 7206(c). Mrs. Curtis is gainfully employed and currently released on her own recognizance. Pre-trial motions are currently due on January 22, 2006.

2. Discovery is voluminous in this action and Mrs. Curtis needs an additional 45 additional time to review discovery, investigate the allegations in this action, and negotiate with the Government. Mrs. Curtis moves to enlarge the time period for the filing of pre-trial motions 45 days, making pre-trial motions due no later than March 8, 2006. Mrs. Curtis also moves for the exclusion

of 45 days as calculated by the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1), and asserts that such a time exclusion in the interests of justice.

    3. AUSA Edmond Falgowski does not oppose Mrs. Curtis' request.

WHEREFORE, Mrs. Curtis respectfully requests the Court to issue an order that enlarges the time period for the filing of pre-trial motions by 45 days and excludes this time period from the Speedy Trial Act calculations.

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Florinda Curtis

Dated: January 19, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on January 19, 2006 to:

Edmond Falgowski, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

　　/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Florinda Curtis