UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-088-GMS |
| | ) | |
| FLORINDA CURTIS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ____ day of January, 2006, that Defendant's Motion is

**GRANTED** and the time period for the filing of pre-trial motions is enlarged from January 22,

2006 by 45 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be

filed on or before March 8, 2006.

                                                                                       _____

                                                                                       Judge Gregory M. Sleet

cc:   AUSA Edmond Falgowski
        AFPD Christopher Koyste

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this proposed Order to Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on January 19, 2006 to:

>Edmond Falgowski, Esq.
>United States Attorney's Office
>1007 Orange Street, Suite 700
>Wilmington, DE 19801

>/s/ Christopher S. Koyste
>Christopher S. Koyste, Esquire
>Assistant Federal Public Defender
>First Federal Plaza
>704 King Street, Suite 110
>Wilmington, DE 19801
>Attorney for Florinda Curtis