UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-088-GMS |
| ) | |
| FLORINDA CURTIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act, **IT IS HEREBY ORDERED** this 26th day of January, 2006, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged from January 22, 2006 by 45 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before March 8, 2006.

_____
Judge Gregory M. Sleet

cc:   AUSA Edmond Falgowski
      AFPD Christopher Koyste