

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

March 30, 2006

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware   19801

    Re: **United States v. Florinda Curtis**
        <u>**Criminal Action No. 05-88-GMS**</u>

Dear Judge Sleet:

    The defendant is prepared to enter a guilty plea pursuant to the terms of the enclosed Memorandum of Plea Agreement. The parties respectfully request that the matter be scheduled for a change of plea hearing.

                            Respectfully submitted,

                            COLM F. CONNOLLY
                            United States Attorney

                            By: _____
                            Edmond Falgowski
                            Assistant United States Attorney

pc:    Christopher Koyste, Esquire
        Clerk, U.S. District Court

EF:slb
Enclosures

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-88-GMS |
| ) | |
| FLORINDA CURTIS, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM OF PLEA AGREEMENT**

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Florinda Curtis, by and through her attorney, Christopher Koyste, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall enter a plea of guilty to Count 1 of the Indictment, charging Aiding a False Return, in violation of Title 26, United States Code, Section 7206(2), and carrying the maximum penalties of three years incarceration, a $250,000 fine, one year supervised release, restitution, the costs of prosecution, and a $100 special assessment. At sentencing, the United States will move to dismiss the remaining counts of the Indictment.

2. The elements of Aiding a False Return are as follows:

   a. The defendant aided, assisted in, counseled or advised the preparation of a document in connection with a matter arising under the internal revenue laws;

   b. The document was false as to a material matter, and;

   c. The act of the defendant was willful.

3. The United States agrees that in consideration of the defendant's timely guilty plea and her affirmative acceptance of responsibility, the Government will recommend a two point reduction in the Offense Level, pursuant to Sentencing Guideline Section 3E1.1(a), so long as the defendant does not deny or frivolously contest that which is found by the Court to be "relevant conduct," pursuant to U.S.S.G. § 1B1.3.

4. The defendant agrees that the Court can order restitution for all refunds paid by the IRS on the fraudulent returns listed in the indictment, that is, $14,453.

5. The defendant understands that at sentencing the District Court must consult the United States Sentencing Guidelines ("U.S.S.G.") and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. § 3553(a). The defendant further understands that the Government will ask the Court to calculate the appropriate sentence under the U.S.S.G. and likely will ask the Court to impose a sentence consistent with the U.S.S.G.

6. It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and

statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

                              COLM F. CONNOLLY
                              United States Attorney

_____      By:_____
Christopher Koyste, Esquire                  Edmond Falgowski
Attorney for Defendant                     Assistant United States Attorney

_____
Florinda Curtis
Defendant

Dated:

      **AND NOW, this** _____ **day of** _____, **2006, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.**

                              _____
                              Honorable Gregory M. Sleet
                              United States District Court