IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

        v.                        : Criminal No. 05-88 GMS

                                  :

FLORINDA CURTIS                   :

                                  :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-named

defendant is scheduled for **Thursday, April 6, 2006, at 10:00 a.m.** before the Honorable

Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844

King Street, Wilmington, DE.


                          /s/ Gregory M. Sleet_____
                          UNITED STATES DISTRICT JUDGE

March 30, 2006