IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-88-GMS |
| FLORINDA CURTIS, | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated April 12, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 7-20-06

IT IS SO ORDERED this 24th day of July, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court